The Indian-
apolis and
Cincinnati
Railroad Co.
v.
Case.

Tuesday,
November 27.

The Indianapolis and Cincinnati Railroad Company *v.* Case.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—The case of *Same Appellant* v. *Paramore,* 12 Ind. 406, is decisive of this.

Judgment affirmed, with 5 per cent. damages and costs.

*J. S. Scobey,* for appellant.

*J. B. McFadden,* for appellee.

---

The Same Case.

Thursday,
December 6.

ON petition for rehearing.

*Per Curiam.*—The petition, in this case, is based upon the alleged failure of the appellee, who was plaintiff below, and had sued for an animal killed by rolling stock, to prove that the injury was committed in *Shelby* county.

No witness stated that the animal was killed in that county; yet several stated, that it was killed on the railroad between two named geographical points, which we will judicially notice are in that county.

Motion overruled.

*J. S. Scobey,* for appellant.

*J. B. McFadden,* for appellee.

(1) *Mr. Scobey* for appellant: This action was a local one. The statute required that it should be brought before some justice of the peace of the county in which the animal was killed. Acts 1853, p. 113. The finding of the Court below cannot bind this Court, as there was *no* evidence on this point. *Williams* v. *N. A. & S. Railroad Co.,* 5 Ind. 111.